In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



 NO. 09-05-268 CR 


NO. 09-05-470 CR


____________________



MICHAEL WAYNE OSBORNE, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause Nos. 92306 and 89156






 MEMORANDUM OPINION 


 On November 10, 2005, we informed the parties that our jurisdiction was not
apparent from the notices of appeal, and notified them that the appeals would be dismissed
for want of jurisdiction unless we received a response showing grounds for continuing the
appeals. The appellant filed a response, but failed to articulate a valid basis for jurisdiction
in that response.


 The notices of appeal seek to appeal the denial of motions to recuse filed in two
criminal prosecutions. The trial court's denials of these motions are not appealable at this
time. See Tex. R. Civ. P. 18a(f)(denial of motion to recuse is reviewed on appeal from
the final judgment); Arnold v. State, 853 S.W.2d 543, 544 (Tex. Crim. App. 1993)(civil
rule governing recusal motions applies in a criminal case).

 Accordingly, we hold the orders from which the appellant appeals are not
appealable. The appeals are dismissed for want of jurisdiction.

 APPEALS DISMISSED FOR LACK OF JURISDICTION. 

 

 ___________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered January 4, 2006

Do Not Publish

Before McKeithen, C.J., Kreger and Gaultney, JJ.